# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| **DYNAENERGETICS EUROPE GMBH, AND DYNAENERGETICS US, INC.,** | § § § | **CIVIL ACTION 6:21-cv-00225-ADA** |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | |
| | § | |
| **SCHLUMBERGER TECHNOLOGY CORPORATION,** | § § | |
| *Defendant.* | | |

## JOINT MOTION TO ENTER SCHEDULING ORDER

**TO THE HONORABLE COURT:**

Pursuant to the Court's Order to meet and confer in advance of the Rule 16 Case Management Conference and Court's Order Governing Proceedings ("OGP"), the Parties have reached agreement concerning the Scheduling Order for the above referenced cases. The Proposed Scheduling Order is attached as Exhibit A.

Dated: January 10, 2022

Respectfully submitted,

*/s/ Mark D. Siegmund*
Mark D. Siegmund
State Bar No. 24117055
**Steckler Wayne Cochran Cherry, PLLC**
8416 Old McGregor Road
Waco, TX 76712
Telephone: 254.651.3690
Facsimile: 254.651.3689
mark@swclaw.com

*/s/ Scott J. Pivnick*
Michael J. Newton
**ALSTON & BIRD LLP**
Chase Tower
2200 Ross Avenue, Suite 2300
Dallas, TX 75201-2748
Telephone:  214-922-3400
Facsimile:  214-922-3899
Mike.Newton@alston.com

FINDLAY CRAFT P.C.
FINDLAY CRAFT P.C.
Eric H. Findlay
Texas Bar No. 00789886
Roger Brian Craft
Texas Bar No. 04972020
102 N. College Avenue, Suite 900
Tyler, TX 83402
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

Scott J. Pivnick
ALSTON & BIRD LLP
The Atlantic Building
950 F Street NW
Washington, DC  20004-1404
Tel:  202-239-3300
Fax:  202-239-3333
E-mail:  Scott.Pivnick@alston.com

WOMBLE BOND DICKINSON (US) LLP
Barry J. Herman (*pro hac vice*)
Maryland Federal Bar No. 26061
Stephanie M. Nguyen (*pro hac vice* to be filed*)
DC Bar No. 1046300
Julie C. Giardina (*pro hac vice*)
Maryland Federal Bar No. 21085
100 Light St, 26th Floor
Baltimore, MD 21202
Telephone: (410) 545-5830
Email: Barry.Herman@wbd-us.com
Email: Stephanie.Nguyen@wbd-us.com
Email: Julie.Giardina@wbd-us.com

Nicholas T. Tsui
Monique D. Mead
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424
Telephone: 404-881-7000
Facsimile: 404-881-7777
Nick.Tsui@alston.com
Monique.Mead@alston.com

*Counsel for*
*Schlumberger Technology Corporation*

Preston H. Heard (*pro hac vice*)
Georgia Bar No. 476319
271 17th Street, NW, Suite 2400
Atlanta, GA 30363
Telephone: (404) 888-7366
Email: Preston.Heard@wbd-us.com

*Joint Motion to Enter Scheduling Order*

MOYLES IP, LLC
Lisa J. Moyles (*pro hac vice*)
Connecticut State Bar No. 425652
Jason M. Rockman (*pro hac vice*)
New York Bar No. 4450953
One Enterprise Drive, Suite 428
Shelton, CT 06484
Telephone: (203) 428-4420
Email: lmoyles@moylesip.com
Email: jrockman@moylesip.com

*Attorneys for DynaEnergetics Europe GmbH and*
*DynaEnergetics US, Inc.*